UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
STATE FARM MUTUAL, etc.,        )
                                )   1:05-CV-01415 OWW SMS
                                )
               Plaintiff,       )
                                )
       v.                       )   ORDER DISMISSING ACTION
                                )
DONALD LEROY PENWELL,           )
                                )
                                )
               Defendant.       )
                                )
_____)
```

The parties in this matter having previously notified the Court that this matter has been settled, and having failed to filed a stipulated dismissal within the time period requested by the Court;

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   August 17, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE

1